UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

IN RE:   *   CHAPTER 13

ROBERT HUFFMAN   *   CASE NO. 14-32767-DHW

Debtor.   *

## OBJECTION TO CONFIRMATION

Now comes Creditor, TOWER LOAN OF MONTGOMERY, by and through its attorneys, Dumas & McPhail, LLC, and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. Creditor is a secured creditor in the above referenced Chapter 13 proceeding. The Debtor gave Creditor a security interest in personal property on May 19, 2014.

2. Creditor objects to the plan in that the plan does not provide for the debt to Creditor.

3. Considering the factors set forth in <u>Kitchens v. Georgia Railroad Bank & Trust</u>, 702 Fed. 2d 885 (11th Circuit 1983) and considering the totality of the circumstances, Creditor asserts that the debtor's plan is neither filed nor proposed in good faith and violates 11 U.S.C. Section 1325(a)(3) as well as the purpose and spirit of the Bankruptcy Code.

WHEREFORE, Creditor prays for an Order denying confirmation, along with such further relief as the Court may deem proper.

/s/ KENT D. MCPHAIL
KENT D. MCPHAIL

Of Counsel:
Dumas & McPhail, LLC
P.O. Box 870
Mobile, AL 36601
Phone (251) 438-2333
Facsimile (251) 438-2367
Email: kent@dumasmcphail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on the parties listed below this 5th day of December, 2014, by the service method indicated:

U.S. MAIL, FIRST CLASS POSTAGE PREPAID
3425 DENNIS AVE
MONTGOMERY AL 36108

ECF FILING NOTIFICATION
JOSHUA C. MILAM
ATTORNEY FOR DEBTOR
jmilam@smclegal.com

ECF FILING NOTIFICATION
BANKRUPTCY ADMINISTRATOR
ba@almb.uscourts.gov

ECF FILING NOTIFICATION
CURTIS C. REDING
TRUSTEE
Trustees_office@ch13mdal.com

/s/ KENT D. MCPHAIL
KENT D. MCPHAIL