IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE:

ROBERT HUFFMAN,   CASE NO. 14-32767-DHW-13

   Debtor.

REPONSE TO DEBTOR'S OBJECTION TO CLAIM NO. 7 OF CREDITOR STATE OF ALABAMA

Comes now the State of Alabama Department of Revenue ("Department"), a creditor herein, and files its response to the Debtor's Objection to the Department's priority Claim No. 7.

The Department's Claim No. 7 is based on the Debtor's outstanding liability for Alabama income tax for the 2010 tax year. The claim is in the amount of $112.87, of which $60.71 is designated as priority. The Debtor objects to this claim on the grounds that no portion of the claim for 2010 income tax is entitled to priority treatment in this bankruptcy case.

As explained more fully below, the Debtor's return for the 2010 tax year was last due, including applicable extensions after three years before the filing of her bankruptcy petition in this case. Accordingly, his indebtedness for this tax year is of a kind and for a period specified in 11 U.S.C. 507(a)(8)(A)(i). The Department's claim for this indebtedness, exclusive of penalties, is therefore properly classified and treated as a priority, unsecured claim.

**BACKGROUND AND ANALYSIS**

1.    The Debtor filed her voluntary petition in the above-styled proceeding on October 10, 2014.

2. The Department's records reflect that the Debtor did not timely file a return for the 2010 tax year on or before its original due date of April 15, 2011. As a result, in accordance with the provisions of Ala. Admin. Code r. 810-3-27-.03(1), the due date for her 2010 return was automatically extended from its original due date to October 17, 2011.

3. The return for 2010 was thus due, including applicable extensions, after three years before the filing of the Debtor's petition. The Department's claim for this tax year (exclusive of assessed penalties) is therefore entitled to priority under 11 U.S.C. § 507(a)(8)(A)(i).

Respectfully submitted on this 16th day of July, 2015.

/s/ Kelley Askew Gillikin
KELLEY ASKEW GILLIKIN
Assistant Attorney General, State of Alabama
Assistant Counsel
Alabama Department of Revenue
P. O. Box 320001
Montgomery, AL 36132-0001
(334) 242-9690
Kelley.gillikin@revenue.alabama.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all interested parties, including:

Joshua C. Milam, Attorney for Debtor
jmilam@smclegal.com

Curtis C. Reding, Trustee
trustees_office@ch13mdal.com

/s/ Kelley Askew Gillikin
KELLEY ASKEW GILLIKIN